UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDUARDO MENDOZA,

        Petitioner,

   v.

PAMELA BONDI, et al.,

        Respondents.

Case No. C25-0526-JNW-SKV

ORDER

In his filing at Docket No. 11, Petitioner requested an extension of time to respond to Respondents' Motion to Dismiss and Return at Docket No. 8. Petitioner represented that a travel document had been issued for him and that he may be deported. If deported, Petitioner stated he would move to dismiss his habeas petition as moot. *See* Dkt. 11 at 1. The Court granted Petitioner until May 26, 2025, to respond to Respondents' motion. *See* Dkt. 12. To date, Petitioner has neither filed a response nor moved to dismiss his petition. The Parties shall jointly file a motion informing the Court of Plaintiff's detention status by June 20, 2025.

Dated this 13th day of June, 2025.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER - 1