THE HONORABLE JAMAL N. WHITEHEAD
THE HONORABLE S. KATE VAUGHN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDUARDO MENDOZA,<br><br>    Petitioner,<br><br>    v.<br><br>PAMELA BONDI, *et.al*,<br><br>    Respondents. | No. 25-cv-0526-JNW-SKV<br><br>STIPULATED MOTION FOR DISMISSAL OF PETITION FOR WRIT OF HABEAS CORPUS UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)<br><br>Note on Motion Calendar: June 16, 2025 |

Petitioner Eduardo Mendoza, through Assistant Federal Defender Gregory Murphy, and Acting United States Attorney Teal Luthy Miller and Assistant United States Attorney Kristin B. Johnson, jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. Petitioner Mendoza has been removed from the United States, making his habeas petition challenging his confinement moot.

//
//
//
//
//
//

STIPULATED MOTION FOR DISMISSAL OF
PETITION FOR WRIT OF HABEAS CORPUS
(*Mendoza v. Bondi, et.al*, 25-cv-526 JNW-SKV) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

DATED this 16th day of June, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

s/ *Kristin B. Johnson*
Kristin B. Johnson, WSBA# 28189
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
E-mail: kirstin.b.johnson@usdoj.gov

*Attorneys for Federal Respondents*

s/ *Gregory T. Murphy*
Gregory T. Murphy, WSBA# 36733
Assistant Federal Public Defender
Federal Public Defender Office
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
Phone: 206-553-1100
E-mail: gregory_murphy@fd.org

*Attorney for Petitioner*

I certify this document contains 78 words in compliance with the Local Civil Rules.

STIPULATED MOTION FOR DISMISSAL OF
PETITION FOR WRIT OF HABEAS CORPUS
(*Mendoza v. Bondi, et.al*, 25-cv-526 JNW-SKV) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is hereby ORDERED that this case is dismissed with prejudice and without an award of fees and costs to either party.

Dated this 17th day of June, 2025.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ *Gregory T. Murphy*
Assistant Public Defender
Attorney for Eduardo Mendoza

/s/ *Kristin B. Johnson*
Assistant United States Attorney
Attorney for Respondents

STIPULATED MOTION FOR DISMISSAL OF
PETITION FOR WRIT OF HABEAS CORPUS
(*Mendoza v. Bondi, et.al*, 25-cv-526 JNW-SKV) - 3

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100